**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Elvin Orlando GUERRERO–MARADI-AGA, a.k.a. Elvin Orlando Guerrero–Marodiaga, Defendant–Appellant.**

**No. 13–10029
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

March 4, 2014.

Randall Joseph Hensel, Lennard B. Register, III, Robert G. Davies, Pamela C. Marsh, U.S. Attorney's Office, Pensacola, FL, for Plaintiff–Appellee.

Robert Augustus Harper, III, Pennington, PA, Tallahassee, FL, for Defendant–Appellant.

Before TJOFLAT, WILSON and ANDERSON, Circuit Judges.

PER CURIAM:

Robert Augustus Harper, III, appointed counsel for Elvin Orlando Guerrero–Maradiaga in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Guerrero–Maradiaga's conviction and sentence are **AFFIRMED.**